IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| State Farm Fire and Casualty Company a/s/o Stephanie Hunter and Robert Hunter | : <br> : CIVIL ACTION NO: <br> : |
| Plaintiff | : 2:11-cv-01253-GLL <br> : |
| v. | : <br> : |
| Emerson Radio Corp., et al | : JURY TRIAL <br> : DEMANDED |
| Defendant | : |

### STIPULATION OF DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) WITHOUT PREJUDICE

Now come THE UNDERSIGNED PARTIES pursuant to Civil Rule 41(a)(1)(A)(ii) and STIPULATE all claims are dismissed *WITHOUT PREJUDICE*.

/S/ Lawrence F. Walker
Lawrence F. Walker, Esquire
Cozen O'Connor
*Attorneys for Plaintiff,*
*Federal Insurance Company*

/S/John A. Robb, Jr.
John A. Robb, Jr., Esquire (Of Counsel)
Robb Leonard Mulvihill
*Attorneys for Plaintiff,*
*Federal Insurance Company*

/S/Robert C. Bechtell, Jr.
Alan T. Silko, Esquire
Robert C. Bechtell, Jr., Esquire
Levicoff, Silko & Deemer
*Attorneys for Defendant/Third Party*
*Plaintiff, Emerson Radio Corporation*

SO ORDERED, this 29th day of February, 2012.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge