## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| State Farm Fire and Casualty Company a/s/o Stephanie Hunter and Robert Hunter | : | CIVIL ACTION NO: |
| | : | |
| Plaintiff | : | 2:11-cv-01253-GLL |
| | : | |
| v. | : | |
| | : | |
| Emerson Radio Corp., et al | : | JURY TRIAL |
| | : | DEMANDED |
| Defendant | : | |

## STIPULATION OF DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) WITHOUT PREJUDICE

Now come THE UNDERSIGNED PARTIES pursuant to Civil Rule 41(a)(1)(A)(ii) and

STIPULATE all claims are dismissed *WITHOUT PREJUDICE*.

/S/ Lawrence F. Walker
Lawrence F. Walker, Esquire
Cozen O'Connor
*Attorneys for Plaintiff,*
*Federal Insurance Company*

/S/John A. Robb, Jr.
John A. Robb, Jr., Esquire (Of Counsel)
Robb Leonard Mulvihill
*Attorneys for Plaintiff,*
*Federal Insurance Company*

/S/Robert C. Bechtell, Jr.
Alan T. Silko, Esquire
Robert C. Bechtell, Jr., Esquire
Levicoff, Silko & Deemer
*Attorneys for Defendant/Third Party*
*Plaintiff, Emerson Radio Corporation*

SO ORDERED, this 29th day of February, 2012.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge